NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

---

### SANOFI-AVENTIS, SANOFI-SYNTHELABO, INC., AND BRISTOL-MYERS SQUIBB SANOFI PHARMACEUTICALS HOLDING PARTNERSHIP, *Plaintiffs-Appellees,*

v.

### APOTEX INC. AND APOTEX CORP., *Defendants-Appellants.*

---

2011-1048

---

Appeal from the United States District Court for the Southern District of New York in case no. 02-CV-2255, Judge Sidney H. Stein.

---

## ON MOTION

---

## ORDER

Apotex, Inc. and Apotex Corp. move without opposition to include the transcript of the September 3, 2009 district court proceedings in the addendum. Sanofi-Aventis moves without opposition to reform the caption.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

JAN 1 1 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Evan R. Chesler, Esq.
    Robert B. Breisblatt, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 1 1 2011

JAN HORBALY
CLERK